# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

Jean Paul Gamarra
1338 G Street SE
Washington DC 20003

Case: 1:16-cv-01456
Assigned To : Unassigned
Assign. Date : 7/14/2016
Description: Pro Se Gen. Civil (F Deck)

Kenneth E Lopez
Director of Security
 and Emergency Preparedness
101 Independence Ave SE
Washington DC 20540-9500

## CIVIL RJI Correction of Record Compliant

From Reveiw of evedence and Patriot History, The Slander of Character, The Interdiction Numerus Complaint from Plantiff of Treason in the liabry, and the arrangment of Subliminal Electronic Currency S Entitlment Embezzlment larcny; the Plantiff Feild For Hist Record of Loyalty to be Restored in the Congressional Law Liabry. The Implication of a Correction officer against the defendant Is the Privacy Jurisdiction Authority of the

PgR 1of6

RECEIVED

JUN 21 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Constitional officer to approve Constitutional Association is Interpet along the Same Privalage of Bill of Rights Public ordance Every one has the Civil Liberty to learn Constitutional Law tc Associate according to Public, Private Law ordance.

The primary Compliant is to order a Poor Pearson Excemption status that Plantiff is only allowed tho facilty to Compliy with Leagal Matter that He being I is trying to Submitt for due Process Reveiw.

The Pluniff Game Plan is Manuscript the Case at the Circut Liabry, oType it the Congressional Liabry, Edit the Type Version at the Circuit liabry and Corsect tho document at the Congressian Liabry tothen Submit the Law authority to the Clerk office to have Pul Control of the documented Law.

The Complaint Request is Fast descion given a leagul order from a Constitutional officer to Have access to the Congressional Law Liabry.

2nd the Correction of Record

IS the disgression of the Constitutional officer to Include with order.

Finally with a Fast Speedy Request of this case; the Interpretution of Case # 1:15-01247

Where a Judge Grant Informa paprius and Rules Pre Juduce means the Granted order is still to order for a New Filing as Long as the Informus Paparius Excemption is used according to Law without tuking advatage of Privaluge. This excemption RJI is to order the Congressional Law Liabry to Recognize the Plantiff Has "Compelling Reason= to used the facilty beyond the Normal Public Use ofthe Liabry For Filing wit For Federal InJunction, sanction and PI 107§56 Jurisdition

PgR 3 of 6

to Have Full Authority during
a Lame Long Island Duck Season.

Finally the RJI Conclusure
Is a typical Consituncy of Request
For Leuve that the Request For
Leuve is only for the Correction
Of Loyaty to the Congressional
Law Liabry

I being Him the Plautiff Request
a Montary Restitution of ordering Plautiff
Gold Pendenant to be Valued at Self Insurance
dollur amount of Constitional Compliuncy
with Statue Value or Authority or Regululory;
(Simple Gold Value of Constitional Compliuncy) that
they final approval of the Value is the
Constitutional officer decision when Rofering
to Law and Applyng a Numerical Gold Monclury
Value. The other Reason for this Bias to
Associated According to the Constitution is

PgR 4 of 6

to upon showing due process
to Replace Pro Bono; the Gold
Compliancy will Help ~~Asscciate~~
Associate Economic Prodigy
Montary document for the Marshal
Office, Attorney and any Necessary
Infrustructure with "Monatary Paper
Not wood = (Monatary term of Paper is
worth more than the wood of the pencil)
To RJI Monatary Paper without
being Backed by Entitlment Embozzling
of the full Faith and Credit of the
Constitution. Further ~~Insider~~ disclosure
are only approved by Constitutional Officer.

A None trial Fast decision on this
Related Case Assigned Approval of Constitutional
Rostitution and Access back to study and
Further Plantiff original Indpendent Research.
Firm Subzadizing Law for Lobiest.

PGr 5 of 6

Closing Page
PGR Closing
Complaint

Due to the Extent of treason upon Death my ~~For~~ Fidusury Proxy of my entire Work, Estate I Am trying to Recover that is Own by divorce decree) x wife and Numurras Amount of Propiatary Institutional, Intelectual and Rightly due Asses't belongs to President W Bush.

My final Fidusary Religius Assited Living Belong to the United Meathodist church Fellowship where I eat every morning.

The testimony Presented and Request For Simple Leave to use the Congressional Law Liabry according to the Intellectual Property of President James Madison with out testing the limited of ~~Statuory~~ Statutory Practice of Law and Given to be the Oath of Virgin Honest from Loyalty of the Constititution and Freedom being a bicentenial Baby that they have been educating me dating back to Roosvelt Standize ~~Sub~~ Subzadize § Constititional Highschool education.

Jean Paul Gamarra
1338 G Street SE
washington DC 20003

PgR 6 of 6