UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jean Paul Gamarra,

    Plaintiff,

v.

Kenneth E. Lopez,

    Defendants.

Civil

Case: 1:16-cv-01456
Assigned To : Unassigned
Assign. Date : 7/14/2016
Description: Pro Se Gen. Civil (F Deck)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff is a District of Columbia resident. He sues the Director of Security and Emergency Preparedness for the Library of Congress. Plaintiff attaches the Director's May 27, 2016 letter barring him for six months from the Library of Congress' buildings and grounds due to his disruptive behavior about which he was previously warned, and the Director's June 15, 2016 letter denying plaintiff's request for reconsideration of that decision. The purported complaint, however, consists of aimless words and phrases that fail to provide any notice of a claim and the basis of federal court jurisdiction. Accordingly, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: July 12, 2016

Beryl A. Howell
United States District Judge